LARRY A. PELUSO  (SBN 281380)
JULIA S. SWANSON  (SBN 165039)
SWANSON & PELUSO
1861 No. Topanga Canyon Blvd.
Topanga, CA 90290
Tel.  (310) 455-2100
Facsimile:  (310) 388-1602
lpeluso@swanson-peluso.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY GUBANOV,<br><br>          Plaintiff,<br><br>     vs.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; AND DOES 1-100,<br><br>          Defendants. | Case No.  **2:14-cv-01731-JAM-EFB**<br><br>Hon.  John A. Mendez, presiding<br>Hon.  Edmund F. Brennan, referral<br><br>STIPULATION TO GRANT LEAVE TO AMEND THE COMPLAINT<br><br><br>[ JURY TRIAL DEMANDED ] |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        The parties, through their respective attorneys, hereby stipulate to permit Plaintiff to amend

the Complaint consistent with their agreement as to dismissed parties and causes of action:

        DATE: November 21, 2104          SWANSON & PELUSO

                                                          _/s/_____

                                                          Julia Swanson

1   DATED:  November 21, 2104          DAN FARRAR, ESQ.

2                                             s/ Dan Farrar – permission 9-20-14

3                                         _____

4                                             Dan Farrar

5

6                              **ORDER**

7        Good Cause Having Been Shown, ITI IS HEREBY ORDERED, ADJUDGED AND

8   DECREED that the Application for Leave to Amend the Complaint is Granted, based on the

9   Stipulation between the parties.

10       DATED: 11/24/2014                  /s/ John A. Mendez_____

11                                          U. S. DISTRICT COURT JUDGE

STIP AND ORDER RE LEAVE TO AMEND            E.D. of Cal.