**DAN FARRAR**
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants

FILED
APR 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Evgeniy Gubanov,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Sheriff Adam Christianson, et al,<br>　　　　Defendants | No.  2:14-cv-01731-JAM-EFB<br><br>[~~PROPOSED~~] Order Granting Summary Judgment<br><br>Courtroom:  6<br>Time:　　　1:30 p.m.<br>Date:　　　April 19, 2016 |

　　　　The motion of defendants Christianson, Maxwell, Holman, Negley, Nicolls, Campbell, Clifton and Duncan for summary judgment came on regularly for hearing on April 19, 2016, at 1:30 p.m. in Courtroom 6 of the above-entitled court, the Honorable John A. Mendez, Judge, presiding. Julia Swanson appeared on behalf of plaintiff. Dan Farrar appeared on behalf of defendants. The Court considered all documents filed in support of the motion, noted no documents were filed in opposition, and heard argument of counsel. Good cause appearing, the Court finds and orders as follows:

　　　　Plaintiff filed a "Motion to Stay" (Doc. 43) on April 18, 2016. That motion is not properly before the Court and is DENIED. Plaintiff's motion seeking to withdraw deemed admissions (Doc. 32) is DENIED. Plaintiff failed to show good cause for relief. The magistrate judge's findings and recommendations (Doc. 40) are not adopted.

As to the motion for summary judgment, plaintiff did not file an opposition. Based upon the undisputed facts presented by defendants, defendants are entitled to judgment as a matter of law.

As to the individual defendants, the uncontroverted evidence submitted by defendants establishes that defendants were not deliberately indifferent to plaintiff's alleged serious medical needs.

As to Sheriff Christianson, sued in his official capacity as Sheriff of Stanislaus County, the uncontroverted evidence submitted by defendants establishes that Stanislaus County did not have a policy or custom, per *Monell v. Dep't of Social Servs.*, 436 U.S. 658, 690 (1978), of deliberate indifference to the medical needs of plaintiff.

Wherefore, the Court orders:

1. The Motion for Summary Judgment is granted in its entirety;
2. Judgment is entered in favor of defendants and against plaintiff.

Date: 4-27-2016

Judge of the United States District Court